IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAMIAN SCHWARTZMAN, in his capacity as Receiver for the Receivership Estate established by the Order entered in S.E.C. v. Robert Stinson, Jr., et al., | : : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | |
| TALKING WATER, LLC, et al., | : | No. 11-3934 |
| Defendants. | : | |

## ORDER AND PRELIMINARY INJUNCTION

**AND NOW**, this **9th** day of **August, 2011**, upon consideration of the Receiver's Ex Parte Motion for a Temporary Restraining Order (Document No. 10), following a preliminary injunction hearing on August 8, 2011, and for the reasons stated in this Court's Memorandum dated August 9, 2011, it is hereby **ORDERED** that:

1. Defendants Jürgen Denk; Lisa Denk; Pulse Asset Management, LLC; LKJ Services, LLC; and Talking Water, LLC (the "Denk Defendants"), and those acting at their direction and/or in concert with them, including but not limited to Lish, LLC; MEMA Two, Inc.; Karli, Inc.; and Carr Parkview, LLC, are directed to place the proceeds from any sale or other disposition of assets controlled by them into an escrow account established by the Receiver and supervised by this Court.

2. The Denk Defendants, and those acting at their direction and/or in concert with them, including but not limited to Lish, LLC; MEMA Two, Inc.; Karli, LLC; and Carr Parkview, LLC, are directed to refrain from selling, transferring, or otherwise disposing of any real estate owned or controlled by them without the Court's prior approval.

3. The Denk Defendants, and those acting at their direction and/or in concert with them, including but not limited to Lish, LLC; MEMA Two, Inc.; Karli, LLC; and Car Parkview, LLC, shall provide the Receiver with a sworn accounting of all their assets, including but not limited to all securities, investments, funds, real estate, automobiles, jewelry, and precious metals, along with the location of each, as well as identifying any and all accounts, whether held at a bank, brokerage, or other financial institution, held in their name, for their benefit, or over which they exercise any custody or control, and providing the most recent twelve months of statements for each such account, within ten days of the date of this Order and Preliminary Injunction.

4. The Denk Defendants, and those acting at their direction and/or in concert with them, including but not limited to Lish, LLC; MEMA Two, Inc.; Karli, LLC; and Carr Parkview, LLC, shall provide the Receiver with a sworn accounting of any and all assets transferred, sold, liquidated, or otherwise disposed of, with or without consideration, within the last two calendar years, within ten days of the date of this Order and Preliminary Injunction.

5. Pursuant to Federal Rule of Civil Procedure 65(c), the Receiver shall post a bond in the amount of $50,000 within seven days of the date of this Order and Preliminary Injunction.

6. The Court shall retain jurisdiction over this matter for the purpose of enforcing the terms of this Order and Preliminary Injunction.

BY THE COURT:

_____
Berle M. Schiller, J.